

MURIEL GOODE-TRUFANT
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Lauren Howland
*Special Assistant Corporation Counsel*
Office: (212) 356-2016

November 12, 2025

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Application granted.
Nov. 19, 2025 conference canceled.
Status report due 1/26/26.
Summary judgment schedule approved.

Re: *E.E. v. New York City Dep't of Educ.*, 25-cv-7119 (JGK)(GWG)

Dear Judge Koeltl:

11/13/25   So ordered.
   John G. Koeltl / U.S.D.J.

I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek solely attorneys' fees, costs and expenses for legal work on administrative proceedings under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

I write on behalf of the parties pursuant to the Court's September 4, 2025 Order to respectfully request that the Court adjourn the Initial Pretrial Conference ("IPTC") (and attendant Rule 26(f) report) currently scheduled for November 19, 2025, *sine die*. This is the first request to adjourn the IPTC. The parties note that this is a fees-only claim, without the need for discovery, apart from initial disclosures which the parties have already begun and which the parties agree will be completed by December 21, 2025, and liability is not at issue. Given the foregoing, the parties believe an IPTC to be premature at this time. The requested adjournment will allow the parties time to engage in settlement discussions, and ideally to resolve this matter without further intervention by the Court. Additionally, the parties respectfully request the Court set the following proposed briefing schedule for summary judgment in the event the parties reach an impasse in their settlement discussions:

Plaintiff's motion due: February 26, 2026
Defendant's opposition due: March 30, 2026
Plaintiff's reply due: April 13, 2026.

Accordingly, the parties respectfully requests that the Court adjourn the IPTC scheduled for November 19, 2025, *sine die*, and propose a joint status update advising the Court of the progress of

settlement discussions be due no later than January 26, 2026.

Thank you for considering this request.

                                                Respectfully submitted,
                                                /s/
                                                Lauren Howland
                                                Special Assistant Corporation Counsel

cc: All counsel of record (via ECF)