UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

E.E., on behalf of her minor child,
T.F.,

                 Plaintiff,

      - against -

DEPARTMENT OF EDUCATION OF THE CITY
OF NEW YORK,

                 Defendant.

———————————————————————

25-cv-7119 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

     The parties are directed to submit a Rule 26(f) report by

January 30, 2026.

SO ORDERED.

Dated:     New York, New York
           January 16, 2026

                             John G. Koeltl
                     United States District Judge