

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Lauren Howland**
*Special Assistant Corporation Counsel*
Office: (212) 356-2016

January 21, 2026

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**

1/22/26 _____
John G. Koeltl, U.S.D.J.

Re:    *E.E. v. New York City Dep't of Educ.,* 25-cv-7119 (JGK)(GWG)

Dear Judge Koeltl:

I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek solely attorneys' fees, costs and expenses for legal work on administrative proceedings under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

I write on behalf of the parties pursuant to the Court's November 17, 2025 and January 19, 2026 Orders (ECF Nos. 15,17) to provide a joint status update, as well as to submit the parties' Rule 26(f) report (attached hereto). Since the parties' last joint submission (ECF No. 14), the parties have completed and exchanged initial disclosures. Additionally, the parties have continued to explore the possibility of settlement, but anticipate requiring additional time to fully resolve this matter without further burden on the Court's resources. Given the foregoing, the parties respectfully request that the Court adjourn the briefing schedule currently in place by 14-days, as indicated below:

Plaintiff's motion due: March 12, 2026
Defendant's opposition due: April 13, 2026
Plaintiff's reply due: April 27, 2026

Accordingly, the parties respectfully request that the Court adjourn the briefing schedule currently in place by 14 days, and propose a further joint status update be submitted no later than February 26, 2026—ideally advising the Court that the matter has been resolved, or otherwise advising that the parties will proceed with the briefing schedule.

Thank you for considering this submission and request.

Respectfully submitted,

/s/
_____

Lauren Howland
Special Assistant Corporation Counsel

cc: All counsel of record (via ECF)